DION BOUCICAULT, Respondent, v. GEORGE S. GARDNER, Appellant.

Order affirmed, with costs and disbursements.

---

MARGARET MURPHY, . Appellant, v. WILLIAM R. TRAVERS and another, Respondents.

Order affirmed, with ten dollars costs and disbursements, on the opinion of Daniels, J.

---

CATHARINE MOONEY, Respondent, v. JAMES MOONEY, Appellant.

Order modified by reducing the amount allowed from $250 to $100, and as so modified, affirmed without costs to either party.

---

RICHARD FIELD, Respondent, v. SUSAN BLAND and JOHN B. BLAND, Appellants.

Order affirmed, without costs.

---

ETTA ARMSTRONG, v. WILLIAM A. CUMMINGS.

Order affirmed, with ten dollars costs and disbursements.

---

HORACE B. CLAFLIN, Appellant, v. THE LIVERPOOL, LONDON AND GLOBE INSURANCE COMPANY, Respondent.

Order affirmed, with ten dollars costs and disbursements.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. RICHMANN v. JOHN J. D. MEYER and another.

Proceedings reversed, with costs on opinion in *People ex rel. Hambrecht* v. *Campbell* (22 Hun, 574).